IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-94-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TYRONE DEVON UTLEY, | ) | |
| Defendant. | ) | |

This court having been noticed by defendant of request for certain placement in the custody of the Federal Bureau of Prisons, and where the United States of America is positioned to endorse same, if appropriate, has referred the request today to the government's attorney and copied also defense counsel. This court is without authority to address further this defendant's placement, having recommended in judgment entered March 7, 2013, to the Federal Bureau of Prisons that defendant be incarcerated at FCI Butner. It appears the Federal Bureau of Prisons was unable in this instance to accommodate the court's request.

SO ORDERED, this the 15th day of April, 2013.

LOUISE W. FLANAGAN
United States District Judge